UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-26-FDW

| | |
|---|---|
| SURRELL DUFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CHRIS POTTER, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Discovery, (Doc. No. 18), in which Plaintiff cites to Rule 26 of the Federal Rules of Civil Procedure and purports to propound initial discovery requests on Defendants. Plaintiff has also filed in this Court a Notice of Interrogatories, (Doc. No. 19).

Plaintiff's Motion for Discovery is denied. Pursuant to Local Rule 26.2 and the Court's scheduling order entered on October 14, 2015, all discovery requests in this matter are to be served on the parties, and discovery requests are not to be filed with the Court. Thus, Plaintiff shall serve his discovery requests on Defendants directly.

**IT IS THEREFORE ORDERED** that:

Plaintiff's Motion for Discovery, (Doc. No. 18), is **DENIED** to the extent that discovery requests must be made on the parties and not filed with the Court. To this extent, Plaintiff also must serve his Notice of Interrogatories, (Doc. No. 19), directly on Defendants.

Frank D. Whitney
Chief United States District Judge