UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-26-GCM

| | |
|---|---|
| SURRELL DUFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CHRIS POTTER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

In this civil rights action brought pursuant to 42 U.S.C. § 1983, this Court granted Defendants' summary judgment motion on April 22, 2016, as to Plaintiff's claims for excessive force and deliberate indifference to serious medical needs arising out of an incident in the Buncombe County Detention Center in Asheville, North Carolina, where Plaintiff had been a pretrial detainee. (Doc. No. 31). Plaintiff appealed and on November 3, 2016, the Fourth Circuit Court of Appeals reversed and remanded the action for further proceedings as to the excessive force claim. Attorneys Deven Gray, Joshua Davey, Kurt Meyers, and Kenneth Bell of the law firm of McGuireWoods, LLP have since then agreed to provide pro bono representation to Plaintiff in this action.

Pursuant to 28 U.S.C. § 1915(e)(1), **IT IS HEREBY ORDERED** that the following attorneys are appointed to serve as counsel for Plaintiff in this case: Deven Gray, Joshua Davey, Kurt Meyers, and Kenneth Bell. The attorneys shall each file a Notice of Appearance in this action in accordance with this order.

1

Signed: April 24, 2017

Graham C. Mullen
United States District Judge