UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:15-cv-26-GCM

| | |
|---|---|
| SURRELL DUFF, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRIS POTTER, *et al*, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is set for **Monday, January 16, 2018, at 10:00 a.m**. in the Western District of North Carolina, Charlotte Courthouse, 401 W. Trade St., Charlotte, North Carolina, in Courtroom 2-2.

IT IS SO ORDERED.

Signed: June 12, 2017

Graham C. Mullen
United States District Judge